USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIKOLAY LEVINSON,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
METROPOLITAN CORRECTIONS
CENTER - NEW YORK, MANDEEP
SINGH, YOON KANG, AND
CORRECTIONAL OFFICER TORRES,

                Defendants.

20-CV-7375 (VEC)

ORDER OF SERVICE

---

VALERIE CAPRONI, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the relevant fees to commence this action. Plaintiff filed an Amended Complaint, which the Court reads as naming each of the United States of America, the Federal Bureau of Prisons, and the Metropolitan Corrections Center – New York as Defendants. *See* Dkt. 4.

    The Clerk of Court is directed to issue summonses as to Defendants United States of America, Federal Bureau of Prisons, Metropolitan Corrections Center – New York, Mandeep Singh, Yoon Kang, and Correctional Officer Torres.  Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.  Pursuant to Federal Rule of Civil Procedure 4(i)(1), to serve the United States, Plaintiff must "(A)(i) deliver a copy of the summons and complaint to the United States attorney for the district where the action is brought — or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk — or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; [and] (B) send a copy of each by registered or certified mail to the Attorney General of

the United States at Washington, D.C." Pursuant to Rule 4(i)(2), "[t]o serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Pursuant to Rule 4(i)(3), "to serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g)."

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: December 3, 2020
New York, New York

_____
VALERIE CAPRONI
United States District Judge