UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKOLAY LEVINSON,<br><br>      Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, METROPOLITAN CORRECTIONS CENTER – NEW YORK, MANDEEP SINGH, YOON KANG, AND CORRECTIONAL OFFICER TORRES,<br><br>      Defendants. | 1-20-CV-7375 (VEC) (KHP)<br><br>**ORDER DIRECTING FACILITY TO PRODUCE INMATE FOR CASE MANAGEMENT CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A telephonic Case Management Conference in this matter has been scheduled for **Wednesday, September 29, 2021 at 11:00 a.m.**

It is hereby **ORDERED** that the Warden or other official in charge of the Essex County Correctional Center produce plaintiff **Nikolay Levinson., Inmate Number 217007038,** on **September 29, 2021, no later than 11:00 a.m.,** to a suitable location within the Essex County facility that is equipped with a telephone, for the purpose of participating by telephone in this conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

**Defendants' counsel must: call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone. Please dial (866) 434-5269, Access code: 4858267.**

Dated: September 22, 2021
      New York, New York

                                        **SO ORDERED**.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.  A copy of this order has been emailed by Chambers to the staff at the Essex County Correctional Center.**