```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKOLAY LEVINSON,

        Plaintiff,

-against-

UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, METROPOLITAN CORRECTIONS CENTER – NEW YORK, MANDEEP SINGH, YOON KANG, AND CORRECTIONAL OFFICER TORRES,

        Defendants.

1-20-CV-7375 (VEC) (KHP)

ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    A telephonic Case Management Conference in this matter is hereby rescheduled to **Monday, June 13, 2022 at 11:00 a.m.**

    It is hereby **ORDERED** that the Warden or other official in charge of F.C.I. Danbury produce plaintiff **Nikolay Levinson, Register Number: 86389-054,** on **June 13, 2022, no later than 11:00 a.m.,** to a suitable location within the facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact F.C.I. Danbury to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone.  **Please dial (866) 434-5269, Access code: 4858267**.

    **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

2

Dated: March 10, 2022
      New York, New York

                                            **SO ORDERED**.

                                            _____
                                            **KATHARINE H. PARKER**
                                            **United States Magistrate Judge**