```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKOLAY LEVINSON,

       Plaintiff,

-against-

UNITED STATES OF AMERICA

       Defendant.

20-CV-7375 (VEC) (KHP)

ORDER

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the November 14, 2022 case management conference, the parties shall file a joint status letter by December 30, 2022 after the Defendant's deposition of Nikolay Levinson.

**The Clerk of the Court is respectfully requested to mail a copy of this order to the Plaintiff.**

Dated: November 16, 2022
       New York, New York

                                          SO ORDERED.

                                          _____
                                          **KATHARINE H. PARKER**
                                          **United States Magistrate Judge**