```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKOLAY LEVINSON,

      Plaintiff,

-against-

UNITED STATES OF AMERICA

      Defendant.

20-CV-7375 (VEC) (KHP)

ORDER

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    As discussed at the April 6, 2023 case management conference, Plaintiff shall file a letter with the Court by **May 8, 2023** informing the Court whether Plaintiff is withdrawing his medical malpractice claim. If Plaintiff chooses not to withdraw the medical malpractice claim, Plaintiff shall include the name of the expert he will be retaining in the letter.

    Defendant's motion for summary judgment is due **Wednesday, June 7, 2023**. Plaintiff's opposition to the motion for summary judgment is due **Friday, July 7, 2023**. Defendant's reply is due **Friday July 21, 2023**.

    **The Clerk of the Court is respectfully requested to mail a copy of this order to the Plaintiff.**

Dated: April 6, 2023
       New York, New York

                            **SO ORDERED.**

                            _____
                            **KATHARINE H. PARKER**
                            **United States Magistrate Judge**