```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKOLAY LEVINSON,

        Plaintiff,

-against-

UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, METROPOLITAN CORRECTIONS CENTER – NEW YORK, MANDEEP SINGH, YOON KANG, AND CORRECTIONAL OFFICER TORRES,

        Defendants.

1-20-CV-7375 (VEC) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    It is hereby **ORDERED** that the Warden or other official in charge of the Essex County Correctional Facility produce plaintiff **Nikolay Levinson, ID #227010053,** on **August 9, 2023, at 9:30 a.m.,** to a suitable location within the facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with his counsel, David White, Esq., Director, Seaton Hall Law Conflict Management Program, 973-642-8084. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

    Plaintiff's counsel, Mr. White, must: (1) send this Order to the Warden immediately; and (2) contact Essex County Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date.

    **The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

2

Dated: August 1, 2023
      New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**

2